JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE PAUW CONSTRUCTION, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MT. HAWLEY INSURANCE COPMPANY, DOES 1 through 25, inclusive,<br><br>Defendants. | No. CV12-06355-FMO (AJWx)<br><br>ORDER OF<br>DISMISSAL WITH PREJUDICE |

Based on the stipulation of the parties and for good cause appearing, this lawsuit is dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

Dated: April 1, 2013

/s/
Fernando M. Olguin
United States District Judge

151461

MORISON &
PROUGH, LLP

[Proposed] Order